UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA UNDERWOOD,<br>Plaintiff,<br>v.<br>CDCR, et al.,<br>Defendants. | Case No. 26-cv-11320-VC<br><br>**ORDER OF DISMISSAL** |

Joshua Underwood filed an unsigned civil complaint, which was transferred to the Northern District of California. On October 6, the Clerk sent Underwood a notice that his signed complaint on the court's form was due within 28 days of the filing date of the Clerk's notice. The notice included a copy of Underwood's unsigned complaint and warned Underwood if he did not submit the completed document within the 28-day time frame, his case would be dismissed.

More than 28 days have passed, and Underwood has not filed the two documents or paid the filing fee. Therefore, this case is dismissed without prejudice. The Clerk shall enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 16, 2026

VINCE CHHABRIA
United States District Judge